## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **SNAC LITE, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )      **Case 2:14-cv-01695-RDP** |
| | ) |
| **NUTS 'N MORE, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## PLAINTIFF'S MOTION TO EXCLUDE TRIAL TESTIMONY OF MICHAEL R. SOLOMON, P.H.D AS EXPERT WITNESS

COMES NOW Plaintiff, Snac Lite, LLC, by and through counsel, and hereby respectfully requests the Court to strike Michael R. Solomon, PH. D. as an Trial expert for Defendant, Nuts 'N More, and as grounds for same states as follows:

1. Michael R. Solomon does not meet the standards under *Fed. R. Civ. P.* 26 and *Fed. R. Evid.* 702, 703, and 705 as an expert who can provide expert testimony for defendant and therefore should be stricken as such.

2. Plaintiff is filing its Memorandum in Support of Motion to Strike contemporaneously with this motion.

WHEREFORE, Plaintiff requests that the Court strike Michael R. Solomon, Ph.D. as an expert witness for the Defendant during trial.

This 1st day of April, 2016.

/s/ *J. Allen Schreiber*
J. Allen Schreiber (ASB-2540-R76J)


/s/ *Robert E. Norton*
Robert E. Norton (ASB-6568-E59N)

**OF COUNSEL:**
BURKE HARVEY, LLC
3535 Grandview Parkway, Suite 100
Birmingham, AL 35243
Tel: 205-930-9091
Fax: 205-930-9054
aschreiber@burkeharvey.com
rnorton@burkeharvey.com


**Attorneys for Plaintiff**

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2016, a true and correct copy of the foregoing was served upon Judge David R. Proctor and all counsel of record as follows via electronic mail:

Alan D. Mathis, Esq.
Butler Snow LLP
One Federal Place, Suite 100
1819 5th Avenue North
Birmingham, AL 35203

Nicole L. Williams, Esq.
Thompson & Knight, LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533

*/s/ J. Allen Schreiber*
**OF COUNSEL**

## FOR ELECTRONIC FILING PURPOSES

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2016, the foregoing was filed with the Court's electronic filing system CM/ECF, which will serve all counsel of record as follows:

Alan D. Mathis, Esq.
Butler Snow LLP
One Federal Place, Suite 100
1819 5th Avenue North
Birmingham, AL 35203

Nicole L. Williams, Esq.
Thompson & Knight, LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533

　　　　　　　　　　　　　　　　　　*/s/ J. Allen Schreiber*
　　　　　　　　　　　　　　　　　　**OF COUNSEL**