# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SNAC LITE, LLC, d/b/a NATURALLY MORE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 2:14-cv-01695-RDP ) |
| NUTS 'N MORE, LLC, | ) ) |
| Defendant. | ) |

**DEFENDANT NUTS N' MORE, LLC'S EVIDENTIARY SUBMISSION IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, MOTION TO EXCLUDE TESTIMONY OF ROBERT ROBICHEAUX, PH.D., AND MOTION TO EXCLUDE TESTIMONY OF STEVE P. LOVOY, JR.**

Defendant nuts 'n more, LLC ("NNM") hereby files the attached Evidentiary Submission in Support of its Motion for Summary Judgment, Motion to Exclude Testimony of Robert Robicheaux, Ph.D, and Motion to Exclude Testimony of Steve P. Lovoy, Jr:

**INDEX**

Deposition Transcript of Peter Ferreira with Exhibits (05/01/15) ....................... Exhibit A*

Deposition Transcript of Dennis Iannotti with Exhibits (05/01/15) .................... Exhibit B*

Deposition Transcript of Neil Cameron with Exhibits (05/01/15) ...................... Exhibit C*

Deposition Transcript of Tim Petro with Exhibits (06/11/15) ............................ Exhibit D*

Deposition Transcript of nuts 'n more, LLC 30(b)(6) with Exhibits (11/10/15) ... Exhibit E

Deposition Transcript of Audrey Cheney with Exhibits (11/11/15) ..................... Exhibit F

Deposition Transcript of Ryan Lowery with Exhibits (11/30/15) ........................ Exhibit G

Deposition Transcript of Steve Lovoy, Jr. with Exhibits (01/27/16) ................... Exhibit H*

Deposition Transcript of Dr. Robert Robicheaux with Exhibits (01/27/16) ......... Exhibit I*

Deposition Transcript of Dr. Michael Solomon with Exhibits (02/19/16) ............ Exhibit J

Deposition Transcript of Stewart Dudley, CPA with Exhibits (03/10/16) ............ Exhibit K

Expert Report of Michael R. Solomon .................................................................. Exhibit L

Expert Report of Stewart Dudley......................................................................... Exhibit M

Expert Report of Kelly Pritchett ...........................................................................Exhibit N

Plaintiff's Objections & Responses to Defendant's First Interrogatories..............Exhibit O

Plaintiff's Responses to Defendant's Second Interrogatories................................Exhibit P

Defendant's First Amended Objections and Answers
to Plaintiff's First Interrogatories..........................................................................Exhibit Q

*Sierra Food Group Inc. v. Snaclite LLC*, No. 2:2014cv02401 (N.D. Ala. 2015)..Exhibit R

*CH Robinson Worldwide, Inc. v. SnacLite, LLC*, CV-2014-904090,
in the Circuit Court of Jefferson, County, Alabama ..............................................Exhibit S

*Shopper Events, LLC v. SnacLite, LLC*, CV-2014-904212,
in the Circuit Court of Jefferson, County, Alabama ............................................. Exhibit T

*G.E. Barbour, Inc. v. Snac Lite, LLC*, No. 01-CV-2016-900294,
in the Circuit Court of Jefferson County, Alabama ..............................................Exhibit U

Summary of Snac Lite Sales to Walmart & Sam's Club, 2006-2015 (derived
from Snac Lite's Quickbooks file production .....................................................Exhibit V*

Declaration of Neil Cameron .............................................................................Exhibit W

\* Filed Under Seal.

**Dated this the 10th day of November, 2016.**

                          Respectfully submitted,

                          */s/ Alan D. Mathis*
                          Alan D. Mathis
                          **BUTLER SNOW LLP**
                          One Federal Place, Suite 1000
                          1819 5th Avenue North
                          Birmingham, Alabama 35203
                          205.297.2200 phone
                          205.297.2201 fax

                        Nicole L. Williams
                        Texas Bar No. 24041784
                        **THOMPSON & KNIGHT LLP**
                        One Arts Plaza
                        1722 Routh Street, Suite 1500
                        Dallas, Texas 75201-2533
                        Phone: 214-969-1700
                        Fax: 214-969-1751

                        *Attorneys for Defendant nuts 'n more, LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that on November 10, 2016, a true and correct copy of the foregoing has been served on all parties to this action by e-file and/or by United States mail, first-class postage prepaid and properly addressed as follows:

J. Allen Schreiber, Esq.
Burke Harvey, LLC
3535 Grandview Parkway
Suite 100
Birmingham, Alabama 35243
aschreiber@burkeharvey.com

                        */s/ Alan D. Mathis*
                        Of Counsel

33721567v1